# Third District Court of Appeal
## State of Florida

Opinion filed May 11, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-219
Lower Tribunal No. 21-15285
_____

## H.H.T., the Father,
Appellant,

vs.

## Department of Children and Families, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Denise Martinez-Scanziani, Judge.

Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Kevin Coyle Colbert, Assistant Regional Counsel, for appellant.

Twig, Trade & Tribunal, PLLC, and Morgan Lyle Weinstein (Ft. Lauderdale); and Sara Elizabeth Goldfarb (Tallahassee), for appellee Guardian ad Litem; Karla Perkins, for appellee Department of Children and Families.

Before FERNANDEZ, C.J., and SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.